GEORGE J. BOHNEN, Appellant, *v.* HERMAN A. METZ, as Comptroller of the City of New York et al., Appellants. CHARLES WILLE, Respondent.

*Bohnen* v. *Metz*, 126 App. Div. 807, affirmed.
(Argued November 25, 1908; decided December 15, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 27, 1908, in favor of the defendant respondent upon the submission of a controversy, under section 1279 of the Code of Civil Procedure, as to whether the provisions of the Labor Law (L. 1896, ch. 506, § 3) relating to an eight-hour day and the prevailing rate of wages on public work, apply to parts to be used in a public work but made for the special purpose elsewhere than the place where they are finally assembled and placed in position. The plaintiff and defendants appellants sought to avoid a contract on the ground of a violation of the provisions of the Labor Law referred to.

*Charles Maitland Beattie* for plaintiff appellant.

*Francis K. Pendleton, Corporation Counsel (Theodore Connoly* of counsel), for defendants appellants.

*Edward M. Grout* and *James F. McKinney* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, HISCOCK and CHASE, JJ.